No. 14–0074/AR. U.S. v. Ryan J. Calderon. CCA 20120014. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0078/AR. U.S. v. Michael B. Moll. CCA 20120472. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0079/AR. U.S. v. Sean G. Zepeda. CCA 20120196. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 16, 2013.

